**Stanley Harvey DAVIS, Plaintiff—
Appellant,**

v.

**UNITED STATES of America; Arthur
F. Beeler, Warden, Defendants—
Appellees.**

No. 05–6036.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2005.

Decided: Aug. 2, 2005.

Stanley Harvey Davis, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stanley Harvey Davis, a federal prisoner, appeals the district court's order denying relief on his petitions filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Davis v. United States,* Nos. CA–04–246–5–H; CA–04–369–5–H (E.D.N.C. Sept. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*